**Robert A. MORGAN, Appellant**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 15–3110.

United States Court of Appeals, Eighth Circuit.

Submitted: April 19, 2016.

Filed: April 22, 2016.

Robert A. Morgan, Arnegard, ND, pro se.

Michael J. Haungs, Gilbert Steven Rothenberg, Senior Attorney, Laurie Snyder, U.S. Department of Justice, Washington, DC, William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before GRUENDER, ARNOLD, SHEPHERD, Circuit Judges.

PER CURIAM.

Robert Morgan appeals after the tax court issued a decision denying his motion to dismiss for lack of jurisdiction and upholding a determination by the Commissioner of Internal Revenue that he was liable for an income tax deficiency and penalties. After careful review of the record, we conclude that the tax court's decision was proper. *See Campbell v. Comm'r,* 164 F.3d 1140, 1142 (8th Cir.1999) (standards of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.